IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mudloff, John P | Case Number: 05 B 61513 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 12/23/08 | Filed: 10/16/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: December 5, 2008
Confirmed: January 9, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 65,809.66 | |
| Secured: | | 0.00 |
| Unsecured: | | 53,695.32 |
| Priority: | | 0.00 |
| Administrative: | | 1,186.06 |
| Trustee Fee: | | 3,418.62 |
| Other Funds: | | 7,509.66 |
| Totals: | 65,809.66 | 65,809.66 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gregory K Stern PC | Administrative | 1,186.06 | 1,186.06 |
| 2. | Portfolio Recovery Associates | Unsecured | 47.23 | 58.16 |
| 3. | Portfolio Recovery Associates | Unsecured | 6,758.24 | 8,321.92 |
| 4. | Portfolio Recovery Associates | Unsecured | 6,628.87 | 8,162.62 |
| 5. | Discover Financial Services | Unsecured | 3,726.17 | 4,588.31 |
| 6. | ECast Settlement Corp | Unsecured | 5,510.17 | 6,785.08 |
| 7. | ECast Settlement Corp | Unsecured | 729.52 | 898.31 |
| 8. | Discover Financial Services | Unsecured | 1,009.63 | 1,243.23 |
| 9. | ECast Settlement Corp | Unsecured | 2,335.04 | 2,875.31 |
| 10. | ECast Settlement Corp | Unsecured | 3,689.29 | 4,542.90 |
| 11. | B-Real LLC | Unsecured | 2,691.47 | 3,314.21 |
| 12. | ECast Settlement Corp | Unsecured | 285.19 | 351.18 |
| 13. | B-Real LLC | Unsecured | 1,298.02 | 1,598.35 |
| 14. | Bank Of America | Unsecured | 3,440.92 | 4,237.06 |
| 15. | Resurgent Capital Services | Unsecured | 3,806.11 | 4,686.75 |
| 16. | Portfolio Recovery Associates | Unsecured | 1,195.14 | 1,471.66 |
| 17. | Portfolio Recovery Associates | Unsecured | 105.00 | 129.29 |
| 18. | ECast Settlement Corp | Unsecured | 350.00 | 430.98 |
| 19. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 20. | Bank Of America | Unsecured | | No Claim Filed |
| 21. | Advanta Mortgage Corp Midwest | Unsecured | | No Claim Filed |
| 22. | Retailers Services | Unsecured | | No Claim Filed |
| 23. | Chase Bank | Unsecured | | No Claim Filed |
| | | | $ 44,792.07 | $ 54,881.38 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Mudloff, John P

Printed: 12/23/08

Case Number:  05 B 61513
Judge:  Hollis, Pamela S
Filed:  10/16/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 482.41 |
| 5% | 163.98 |
| 4.8% | 317.22 |
| 5.4% | 713.07 |
| 6.5% | 433.70 |
| 6.6% | 1,308.24 |
| | $ 3,418.62 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

